McGREGOR W. SCOTT
United States Attorney
JEFFREY A. SPIVAK
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 1:16-CR-00114-DAD-BAM |
|---|---|
| Plaintiff, | FINAL ORDER OF FORFEITURE |
| v. | |
| CARLOS VILLA-CORRALES, TEODORO ANAYA GARCIA, and GERARDO ANAYA GARCIA, | |
| Defendants. | |

WHEREAS, on October 13, 2017, the Court entered a Preliminary Order of Forfeiture, forfeiting to the United States all right, title, and interest of defendant Carlos Villa-Corrales in the below-listed property;

AND WHEREAS, on November 30, 2017, the Court entered a Preliminary Order of Forfeiture, forfeiting to the United States all right, title, and interest of defendant Teodoro Anaya Garcia in the below-listed property;

AND WHEREAS, on January 2, 2018, the Court entered a Preliminary Order of Forfeiture, forfeiting to the United States all right, title, and interest of defendant Gerardo Anaya Garcia in the below-listed property:

  a. 12 gauge shotgun,

  b. .40 caliber semiautomatic handgun, and

    c. Any and all ammunition and magazines.

  AND WHEREAS, beginning on December 5, 2017, and on January 4, 2018, for at least thirty (30) consecutive days respectively, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov. Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

  AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property and the time for any person or entity to file a claim has expired.

  Accordingly, it is hereby ORDERED and ADJUDGED:

  1. A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 21 U.S.C. § 853(a), to be disposed of according to law, including all right, title, and interest of Carlos Villa-Corrales, Teodoro Anaya Garcia, and Gerardo Anaya Garcia.

  2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

  3. The Department of Homeland Security, Customs and Border Protection or Homeland Security Investigations shall maintain custody of and control over the subject property until it is disposed of according to law.

IT IS SO ORDERED.

Dated: **August 3, 2018**        _Dale A. Drozd_
                UNITED STATES DISTRICT JUDGE